# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00371-CV

**Ex parte Marc Christopher Harvel**

## ORIGINAL PROCEEDING FROM COMAL COUNTY

## M E M O R A N D U M   O P I N I O N

Relator Marc Christopher Harvel was held in contempt of court on January 10, 2008, by the district court of Comal County for failure to make his court-ordered payments of child support. Relator filed an attempted petition (application) for writ of habeas corpus with this Court, contending that he is illegally confined by the Comal County Sheriff and seeking release from custody. However, his petition fails to comply with the requirements of Texas Rule of Appellate Procedure 52.3, which governs the issuance of a writ of habeas corpus. *See* Tex. R. App. P. 52.3.[1] Most significantly, relator's petition provides no proof that relator is being restrained. *See* Tex. R. App. P. 52.3(j)(1)(D). Relator's petition also lacks other required contents namely, the addresses of all parties and counsel, a certified or sworn copy of the contempt order, and an affidavit verifying the truth of all factual allegations. *See* Tex. R. App. P. 52.3.

---

[1] Relator's petition for writ of habeas corpus appears to be a brief corresponding to his appeal in *In the Interest of M.C.M.H. and C.C.M.H.*, No. 03-08-00081-CV, __ S.W.3d ___ (Tex. App.—Austin July 15, 2008, no pet. h.).

Because relator's petition fails to comply with rule 52.3, his petition for writ of habeas corpus is denied without prejudice to filing a proper petition. *See id.*

_____

W. Kenneth Law, Chief Justice

Before Chief Justice Law, Justices Pemberton and Waldrop

Filed:   July 15, 2008